[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-12957
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 17, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 08-00005-CR-3-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FREDIS TORRES,
a.k.a. Waldeyudi Martinez-Roman,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(December 17, 2008)**

Before HULL, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Fredis Torres, has filed a motion to

withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Torres's conviction and sentence are **AFFIRMED**.